UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LAND O'LAKES, INC.

    Plaintiff,

v.   Case No: 08-CV-355

JOSLIN TRUCKING, INC., and
BLUE THUNDER TRUCK BROKERAGE, INC.,

    Defendants.

JOSLIN TRUCKING, INC.,

    Defendant/Third-Party Plaintiff,

v.

HNI RISK SERVICES, INC.,

    Third-Party Defendant.

## MOTION AND ORDER FOR DISMISSAL OF DEFENDANT JOSLIN TRUCKING, INC.'S THIRD-PARTY COMPLAINT

NOW COMES defendant Joslin Trucking, Inc., by its attorney, and does hereby move the Court to dismiss its Third-Party Complaint against HNI Risk Services, Inc., on the merits, with prejudice.

Dated at Madison, Wisconsin this ___6th___ day of January, 2009.

                WESTLEY LAW OFFICES, S.C.

                _____/s/ Richard A. Westley_____
                Richard A. Westley, Attorney for Defendant
                Joslin Trucking, Inc.
                7633 Ganser Way, Suite 100
                Madison, Wisconsin 53719
                (608) 829-2981
                State Bar ID# 1013986

## ORDER

The Third-Party Complaint of defendant Joslin Trucking, Inc. against HNI Risk Services, Inc. is hereby dismissed on the merits, with prejudice.

Entered at Madison, Wisconsin this __8th__ day of January, 2009.

BY THE COURT:

*Barbara B. Crabb*
Hon. Barbara B. Crabb, District Judge